

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00723-CR

Michael P. **CARACHEO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR17-040
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED.

SIGNED February 27, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice